# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-2334
Lower Tribunal No. 2022-CA-09030-O

———————————————

WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC d/b/a IMG f/k/a
INTERNATIONAL MANAGEMENT GROUP, and IMG WORLDWIDE LLC,

Appellants,

v.

ARNOLD PALMER ENTERPRISES, INC.,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
A. James Craner, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Ceci C. Berman, of Brannock Berman & Seider, Tampa, and Justin M. Lovdahl, of Benesch, Friedlander, Coplan & Aranoff, LLP, Cleveland, Ohio, and James E. von der Heydt, of Benesch, Friedlander, Coplan & Aranoff, LLP, Cleveland, Ohio, Pro Hac Vice, for Appellants.

Edward A. Marod, William T. Hennessey, and Elizabeth Bowers Stoops, of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED